Date: 08/11/11

Page: 1

# DIVIDENDS REMITTED TO THE COURT
Check Number 3011 Dated 08/11/11
Case Number 10-62367 - GRAHAM, SABRINA LYNN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Greene County Child Care Center** **204 New Life Drive** **Ruckersville, VA 22968-3042** | 000001 | 138.00 | 2.55 |
| **UVA Medical Center** **POB 800750** **Charlottesville, VA 22908** | 000004 | 4.46 | 0.08 |
| ---------- Remittance Total -------------- | | 142.46 | 2.63 |

WILLIAM E. CALLAHAN, JR., TRUSTEE

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT

AUG 1 2 2011

BY_____
DEPUTY CLERK

Small
Dividends